UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

JAMES J. CERBONE, ESQUIRE- 4036
2430 HIGHWAY 34
BUILDING B, SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for Debtors
RICHARD & BIANCA MACCIOLA

In Re:

RICHARD & BIANCA MACCIOLA

Order Filed on September 23, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-25445

Hearing Date: _____

Judge: Michael B Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: September 23, 2016**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

It is ORDERED that \_\_\_\_\_James J. Cerbone, Esquire\_\_\_\_\_, the applicant, is allowed a fee of $ \_\_\_\_\_400.00\_\_\_\_\_ for services rendered as set forth in applicant's *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*. The allowance shall be payable:

- ☑ Through the chapter 13 plan as an administrative priority.
- ☐ Outside the plan.

Local Form 14; revised May 23, 2002