| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| JAMES J. CERBONE, ESQUIRE- 4036<br>2430 HIGHWAY 34<br>BUILDING B, SUITE 22<br>WALL, NEW JERSEY 08736<br>(732) 681-6800<br>Attorney for Debtor<br>RICHARD & BIANCA MACCIOLA |

Order Filed on May 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RICHARD & BIANCA MACCIOLA

Case No.:     15-25445

Hearing Date:

Judge:     Michael B Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: May 26, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

It is ORDERED that _____James J. Cerbone, Esquire_____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered as set forth in applicant's *Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee*. The allowance shall be payable:

- ☑ Through the chapter 13 plan as an administrative priority.
- ❏ Outside the plan.

Local Form 14; revised May 23, 2002