Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−25445−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard Macciola
22 Connor Drive
Manalpan, NJ 07726

Bianca Macciola
22 Connor Drive
Manalpan, NJ 07726

Social Security No.:
  xxx−xx−7183                                  xxx−xx−4772

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 6/25/19 at 09:00 AM

to consider and act upon the following:

*85* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 5/29/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 5/30/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 15-25445-MBK
Richard Macciola　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
Bianca Macciola
　　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: May 30, 2019
　　　　　　　　　　　　　　　Form ID: ntchrgbk　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
db/jdb　　　　+Richard Macciola,　Bianca Macciola,　22 Connor Drive,　Manalpan, NJ 07726-1662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:
　　　　Albert　Russo　　docs@russotrustee.com
　　　　Albert　Russo　　on behalf of Trustee Albert　Russo docs@russotrustee.com
　　　　Albert　Russo (NA)　　on behalf of Trustee Albert　Russo docs@russotrustee.com
　　　　Andrew M. Lubin　　on behalf of Creditor　Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA bkecf@milsteadlaw.com, alubin@milsteadlaw.com
　　　　Andrew M. Lubin　　on behalf of Creditor　U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMAL bkecf@milsteadlaw.com, alubin@milsteadlaw.com
　　　　Denise E. Carlon　　on behalf of Creditor　U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMAL dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　James J. Cerbone　　on behalf of Joint Debtor Bianca　Macciola cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com
　　　　James J. Cerbone　　on behalf of Debtor Richard　Macciola cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com
　　　　John R. Morton, Jr.　　on behalf of Creditor　Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9