UNITED STATES BANKRUPTCY COURT

District of New Jersey

Albert Russo

CN 4853

Trenton,  NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

Richard Macciola

Bianca Macciola

Debtor(s)

Order Filed on June 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-25445 / MBK

Hearing Date: 06/25/2019

Judge: Michael B. Kaplan

Chapter:  13

**ORDER REGARDING CHAPTER 13 STANDING
TRUSTEE'S MOTION TO DISMISS OR
CERTIFICATION OF DEFAULT**

The relief set forth on the following page is **ORDERED**.

**DATED: June 27, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $48,238.00 paid to date

- Debtor(s) shall remit $2,274.00 per month to the Trustee for 14 months beginning 7/1/2019

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-25445-MBK
Richard Macciola                                                          Chapter 13
Bianca Macciola
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Jun 27, 2019
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
db/jdb          +Richard Macciola,   Bianca Macciola,   22 Connor Drive,   Manalpan, NJ 07726-1662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
           U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA
           bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
           successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
           Mutual Mortgage Pass-Through Certificates, WMAL bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
           successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
           Mutual Mortgage Pass-Through Certificates, WMAL dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          James J. Cerbone    on behalf of Joint Debtor Bianca  Macciola cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          James J. Cerbone    on behalf of Debtor Richard  Macciola cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA, Inc.
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                          TOTAL: 9