UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MILSTEAD & ASSOCIATES, LLC
By: Andrew M. Lubin
Atty. ID:  AL0814
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
File No.: 200661-6
Attorneys for Secured Creditor:  Select Portfolio
Servicing, Inc. as servicing agent for U.S. Bank
NA, successor trustee to Bank of America, NA,
successor in interest to LaSalle Bank NA, as
trustee, on behalf of the holders of the Washington
Mutual Mortgage Pass-Through Certificates,
WMALT Series 2006-4

Order Filed on August 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Richard Macciola and Bianca Macciola

Case No.:  15-25445-MBK
Chapter 13

Judge:  Michael B. Kaplan

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTORS

The relief set forth on the following pages, number two (2) through two (2) is hereby ORDERED

DATED: August 8, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page **(2)**
Debtors **Bianca Macciola and Richard Macciola**
Case No.: **15-25445-MBK**
Caption of Order:  **ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTORS**

Upon the Certification of Default of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-4 under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to 11 U.S.C. § 362 as to Debtors, Richard Macciola and Bianca Macciola, as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Secured Creditor's rights in the following:

Real property more fully described as:

**22 Connor Drive, Manalapan, NJ 07726**

**ORDERED** that Secured Creditor shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

**ORDERED** that the Secured Creditor may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.