| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>MILSTEAD & ASSOCIATES, LLC<br>By: Andrew M. Lubin<br>Atty. ID: AL0814<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No.: 200661-6<br>Attorneys for Secured Creditor: Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-4 |
| In Re:<br><br>Richard Macciola and Bianca Macciola |

Order Filed on August 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 15-25445-MBK
Chapter 13

Judge: Michael B. Kaplan

## ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTORS

The relief set forth on the following pages, number two (2) through two (2) is hereby ORDERED

**DATED: August 8, 2019**

_____
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page (2)
Debtors **Bianca Macciola and Richard Macciola**
Case No.: **15-25445-MBK**
Caption of Order: **ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AS TO DEBTORS**

Upon the Certification of Default of Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMALT Series 2006-4 under Bankruptcy Code section 362(a) for relief from the automatic stay pursuant to 11 U.S.C. § 362 as to Debtors, Richard Macciola and Bianca Macciola, as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Secured Creditor's rights in the following:

Real property more fully described as:

**22 Connor Drive, Manalapan, NJ 07726**

**ORDERED** that Secured Creditor shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy laws; and it is further

**ORDERED** that the Secured Creditor may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-25445-MBK
Richard Macciola                                                      Chapter 13
Bianca Macciola
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 08, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
db/jdb         +Richard Macciola,    Bianca Macciola,    22 Connor Drive,    Manalpan, NJ 07726-1662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA
               bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
               Mutual Mortgage Pass-Through Certificates, WMAL bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
               Mutual Mortgage Pass-Through Certificates, WMAL dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Joint Debtor Bianca   Macciola cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Richard   Macciola cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
                                                                                                 TOTAL: 9