Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  15−25445−MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Macciola                          Bianca Macciola
   22 Connor Drive                            22 Connor Drive
   Manalpan, NJ 07726                 Manalpan, NJ 07726

Social Security No.:
   xxx−xx−7183                                xxx−xx−4772

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on December 3, 2019.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 3, 2019
JAN: ckk

                                                                          Jeanne Naughton
                                                                          Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 15-25445-MBK
Richard Macciola                                                   Chapter 13
Bianca Macciola
         Debtors
                               CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                  Date Rcvd: Dec 03, 2019
                              Form ID: 148                Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db/jdb        +Richard Macciola,    Bianca Macciola,    22 Connor Drive,    Manalpan, NJ 07726-1662
515687683     +Accurate Diagnostic Labs,    3000 Hadley Rd,,    South Plainfield, NJ 07080-1183
515898512      American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA 90051-5478
515687685     +At Your Fingertips Inc,    Attn: Kelso & Bradshaw,    PO Box 1208,    New Brunswick, NJ 08903-1208
515687686     +B-Line LLC,    Attn: Trilogy Capital Managment,    PO Box 4115,    Concord, CA 94524-4115
515687687     +BarterPays,    2587 Route 9 North,    Howell, NJ 07731-3303
515687688      Bayshore Medical Group,    PO Box 6000,    Bellmawr, NJ 08099
515687689     +Bounty Alarms,    PO Box 514,    Englishtown, NJ 07726-0514
515687691     +Cablevision,    Attn: CBHV,    PO Box 831,    Newburgh, NY 12551-0831
515687693     +Capital One Bank,    Attn: NCO Financial Systems,    507 Prudential Road,    Horsham PA 19044-2308
515687695      Capitol One Bank,    Attn: Creditors Interchange,    PO Box 2270,    Buffalo, NY 14240-2270
515687702      CentraState Medical Center,    Attn: A-! Collection Services,    101 Grovers Mill Road, Suite 303,
                Lawrenceville, NJ 08648-4706
515687704      CentraState Medical Center,    Attn: A-1 Collection Service,    101 Grovers Mill Road, Suite 303,
                Lawrenceville, NJ 08648-4706
515687698      CentraState Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
515687696     +Central Jersey Emergency Medicine Assoc,    Attn: ACB Receivables Management,    PO Box 350,
                Asbury Park, NJ 07712-0350
515687697      Central Jersey Emergency Medicine Assoc,    PO Box 2680,    New Brunswick, NJ 08903-2680
515687706      Clinical Psychology Assoicates LLC,    40 Avenue @ Commons #203,    Shrewsbury, NJ 07702
515687710      DS Waters of North America,    Attn: Collection Bureau of America,    PO Box 5013,
                Hayward, CA 94540-5013
515687707      Dept of Treasury,    Attn: Diversified Collection Services In,    PO Box 9046,
                Pleasanton, CA 94566-9046
515687708     +Direct TV,    Attn: First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89437-6695
515687711      FDNY Emergency Ambulance Service,    Attn: National Recovery Agency,    PO Box 67015,
                Harrisburg, PA 17106-7015
515687716     +HSBC Bank,    Attn: Burns, White & Hickton,    502 Carnegie Center Suite 103,
                Princeton, NJ 08540-6289
515736960     +Hibu Inc f/k/a Yellowbook Inc,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 361345,
                Columbus, OH 43236-1345
515687715      Horizon Blue Cross Blue Shield of NJ,    PO Box 1738,    Newark, NJ 07101-1738
515687717      JCP& L,    PO Box 3687,    Akron, OH 44309-3687
515728513     +Jersey Central Power & Light,,    a FirstEnergy Company,    FirstEnergy,
                331 Newman Springs Road, Bldg. 3,    Red Bank, NJ 07701-5688
515687719     +LVNV Funding,    Attn: JJC & Associates,    PO Box 519,    Sauk Rapids, MN 56379-0519
515687718      Lori W. Bocchino,    13 Cooperhawk Drive,    Manalpan, NJ 07726-3624
515687721     +Lyon Financial Services,    Attn: Charles A Gruen,    381 Broadway,    Suite 300,
                Westwood, NJ 07675-2239
515687724      Medical Payment Data,    Attn: NCO-MEDCLR,    PO Box 8547,    Philadelphia, PA 19101
515687723      Medical Payment Data,    Attn: Bureau of Accounts,    PO Box 538,    Howell, NJ 07731-0538
515687725      My First Dentist,    Attn: Certified Services Inc,    PO Box 177,    Waukegan, IL 60079-0177
515687726    ++NEW JERSEY HEALTHCARE SPECIALISTS,    PO BOX 412138,    BOSTON MA 02241-2138
              (address filed with court:   New Jersey Healthcare Specialists,    PO Box 417191,
                Boston, MA 02241-7191)
515687727      NJ Dept of Labor,    PO Box 389,    Trenton, NJ 08625-0389
515687728     +NJYP Online,    499 Marlboro Road Suite 4,    Old Bridge, NJ 08857-3746
515687730     +Richard Golderg DMD,    Attn: Law Offices of O'Brien & Taylor,    PO Box 505,
                West Caldwell, NJ 07007-0505
515687731      Robert Wood Johnson,    Medical Group,    PO Box 15278,    Newark, NJ 07192-5278
515687732     +Saint Peters University Hospital,    254 East Avenue,    New Brunswick, NJ 08901-1766
515687734     +Screenvision Direct Inc,    Attn: Goldman & Warshaw,    PO Box 2500,
                West Caldwell, NJ 07007-2500
515687737     +Sovereign Bank,    Attn: Tate & Kirlin Associates,    2810 Southampton Road,
                Philadelphia, PA 19154-1207
515687738     +Sovereign Bank,    Attn: Transworld Systems,    507 Prudential Road,    Horsham, PA 19044-2308
515687742     +Sprint,    Attn: First Revenue Assurance,    PO Box 1259,    Oaks PA 19456-1259
515687741      Sprint,    attn: Diversified Consultants,    PO Box 1022,    Wixom MI 48393-1022
515687740     +Sprint,    Attn: Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7689
515687744      State of New Jersey,    Dept of Treasury,    Division of Revenue & Enterprise Service,
                PO Box 278,    Trenton, NJ 08646-0278
515687745     +Surf & Suds LLC,    Linen Rentals & Laundry Services,    PO Box 687,
                Forked River, NJ 08731-0687
515687748     +USBancorp,    Manifest Funding Services,    1450 Channel Parkway,    Marshall, MN 56258-4005
515687749     +Verizon New Jersey,    Attn: Debt Recovery Solutions,    PO Box 9004,    Westbury, NY 11590-9004
515687751      Yellow Book USA,    Attn: Customer Service,    2560 Renaissance Blvd,
                King of Prussia, PA 19406-2673
```

```
District/off: 0312-3          User: admin              Page 2 of 3                    Date Rcvd: Dec 03, 2019
                              Form ID: 148             Total Noticed: 84


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 00:18:58       U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 00:18:52       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: DRIV.COM Dec 04 2019 04:38:00      Santander Consumer USA, Inc.,
                  P.O. Box 562088, Suite 900-North,    Dallas, TX 75247,    UNITED STATES 75356-2088
515687684       +E-mail/Text: bkdept@cancapital.com Dec 04 2019 00:17:38       Advance Me Inc,
                  600 TownPark Lane Suite 500,    Kennesaw, GA 30144-3734
515745205        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 00:32:29
                  Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                  Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
515687690       +E-mail/Text: bcwrtoff@cablevision.com Dec 04 2019 00:20:01       Cablevision,
                  Attn: Billings & Collections,    99 Hawley Lane,    Stratford, CT 06614-1208
515687692       +EDI: CAPONEAUTO.COM Dec 04 2019 04:38:00      Capital One Auto,    3901 Dallas Parkway,
                  Plano, TX 75093-7864
517239726       +EDI: AISACG.COM Dec 04 2019 04:38:00      Capital One Auto Finance,    c/o Portfolio Svc.,
                  4515 N Santa Fe Ave., Dept. APS,    Oklahoma City, OK 73118-7901
515805820       +EDI: AISACG.COM Dec 04 2019 04:38:00      Capital One Auto Finance,,
                  c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
515695492       +EDI: AISACG.COM Dec 04 2019 04:38:00      Capital One Auto Finance, a division of Capital On,
                  P.O. Box 201347,    Arlington, TX 76006-1347
515687694        EDI: CAPITALONE.COM Dec 04 2019 04:38:00      Capital One Bank,    PO Box 30285,
                  Salt Lake City, UT 84130-0285
515687705        EDI: CHASE.COM Dec 04 2019 04:38:00      Chase,    Cardmember Service,    PO Box 15153,
                  Wilmington, DE 19886-5153
515687709        EDI: DIRECTV.COM Dec 04 2019 04:38:00      Direct TV,    PO Box 78626,    Phoenix, AZ 85062-8626
515687712       +EDI: RMSC.COM Dec 04 2019 04:38:00      GE Money Bank,    Bankruptcy Department,    PO Box 103104,
                  Roswell, GA 30076-9104
515687713       +EDI: GMACFS.COM Dec 04 2019 04:38:00      GMAC,    PO Box 380902,    Bloomington, MN 55438-0902
515687714        E-mail/Text: bankruptcy.bnc@ditech.com Dec 04 2019 00:18:26       Green Tree Servicing,
                  PO Box 6172,    Rapid City, SD 57709-6172
515687720       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 04 2019 00:31:41       LVNV Funding,
                  PO BOx 740281,    Houston, TX 77274-0281
515687722        EDI: TSYS2.COM Dec 04 2019 04:38:00      Macys,    PO Box 183083,    Columbus, OH 43218-3083
515731586       +EDI: DRIV.COM Dec 04 2019 04:38:00      SANTANDER CONSUMER USA INC.,    P.O. BOX 560284,
                  DALLAS, TX 75356-0284
515687736        E-mail/Text: courts@southeastfinancial.org Dec 04 2019 00:19:09
                  Southeast Financial Credit Union,    5110 Maryland Way Ste 10,    Brentwood, TN 37027
515687733        EDI: DRIV.COM Dec 04 2019 04:38:00      Santander Consumer USA,    PO Box 961245,
                  Fort Worth, TX 76161-0244
515687735        E-mail/Text: jennifer.chacon@spservicing.com Dec 04 2019 00:20:09
                  Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
515721577       +E-mail/Text: courts@southeastfinancial.org Dec 04 2019 00:19:09       Southeast Financial CU,
                  220 S Royal Oaks Blvd,    Franklin TN 37064-5313
515687739       +E-mail/Text: DeftBkr@santander.us Dec 04 2019 00:18:48       Sovereign Bank,    PO Box 12646,
                  Reading PA 19612-2646
515687743        EDI: NEXTEL.COM Dec 04 2019 04:38:00      Sprint,    PO Box 105243,    Atlanta, GA 30348-5243
515904973        EDI: BL-TOYOTA.COM Dec 04 2019 04:38:00      TOYOTA MOTOR CREDIT CORPORATION,
                  C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
515687747        EDI: TFSR.COM Dec 04 2019 04:38:00      Toyota Financial,    PO Box 371339,
                  Pittsburgh, PA 15250-7339
515687746        EDI: WTRRNBANK.COM Dec 04 2019 04:38:00      Target National Bank,    PO Box 59317,
                  Minneapolis, MN 55459-0317
515906708       +E-mail/Text: jennifer.chacon@spservicing.com Dec 04 2019 00:20:09
                  U.S. Bank NA, successor trustee,    c/o Select Portfolio Servicing, Inc.,
                  3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284
515892081       +EDI: USBANKARS.COM Dec 04 2019 04:38:00      US Bank NA,    dba US Bank Equipment Finance,
                  1310 Madrid Street,    Marshall, MN 56258-4099
515903351       +EDI: WFFC.COM Dec 04 2019 04:38:00      Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                  Des Moines, IA 50328-0001
517139754       +EDI: AISACG.COM Dec 04 2019 04:38:00      Wollemi Acquisitions, LLC,
                  by AIS Portfolio Services, LP as agent,    PO Box 165028,    Irving, TX 75016,
                  Wollemi Acquisitions, LLC,    by AIS Portfolio Services, LP as agent 75016-5028
517139753       +EDI: AISACG.COM Dec 04 2019 04:38:00      Wollemi Acquisitions, LLC,
                  by AIS Portfolio Services, LP as agent,    4515 N. Santa Fe Ave., APS,
                  Oklahoma, OK 73118-7901
517101702       +EDI: AISACG.COM Dec 04 2019 04:38:00      Wollemi Acquisitions, LLC Department,
                  Ascension Capital Group,    P.O. Box 165028,    Irving, TX 75016-5028
515687750        EDI: WFNNB.COM Dec 04 2019 04:38:00      World Financial Network National Bank,   PO Box 182125,
                  Columbus, OH 43218-2125
                                                                                              TOTAL: 35
```

```
District/off: 0312-3          User: admin              Page 3 of 3               Date Rcvd: Dec 03, 2019
                              Form ID: 148             Total Noticed: 84


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515687699*       CentraState Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
515687700*       CentraState Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
515687701*       CentraState Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
515687703*       CentraState Medical Center,    Attn: A-! Collection Services,    101 Grovers Mill Road, Suite 303,
                  Lawrenceville, NJ 08648-4706
515687729     ##+Pitman Mindas Grossman Lee & Moore,    PO Box 696,    Springfield, NJ 07081-0696
515843965     ##+Porania LLC,    P. O. Box 11405,    Memphis, TN 38111-0405
                                                                                            TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA
               bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
               Mutual Mortgage Pass-Through Certificates, WMAL bkecf@milsteadlaw.com,   alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
               Mutual Mortgage Pass-Through Certificates, WMAL dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Joint Debtor Bianca    Macciola cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Richard    Macciola cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                             TOTAL: 9
```