| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b) | Order Filed on February 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Richard Macciola and Bianca Macciola | Case No.: 15-25445<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

**ORDER ON MOTION TO VACATE DISMISSAL OF CASE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 20, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The debtor having filed a motion to vacate dismissal of case; and the court having considered any objections filed; and for good cause shown; it is

☑ ORDERED that the motion is granted and the order dismissing case is vacated effective on the date of this order. No actions taken during the period this case was dismissed were subject to the automatic stay or other provisions of the Bankruptcy Code;

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1. until the original deadline fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline fixed by the court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later; and

3. until the original deadline fixed by the court to object to exemptions, or 30 days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor must contact the case trustee to schedule a new date for the meeting, and must provide 21 days' notice under Bankruptcy Rule 2002(a)(1) of the new date to all creditors and parties in interest.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's plan has not been confirmed, the confirmation hearing is rescheduled to _____ at _____.

❑ ORDERED that the motion to vacate order dismissing case is denied.

IT IS FURTHER ORDERED that whether the motion is granted or denied, the debtor must, within 3 days of the date of this Order, serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.8/1/18*

2

United States Bankruptcy Court
District of New Jersey

In re:
Richard Macciola
Bianca Macciola
     Debtors

Case No. 15-25445-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 21, 2020
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
db/jdb         +Richard Macciola,    Bianca Macciola,    22 Connor Drive,    Manalpan, NJ 07726-1662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2020 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew M. Lubin     on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
           U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA
           bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
          Andrew M. Lubin     on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
           successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
           Mutual Mortgage Pass-Through Certificates, WMAL bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
          Denise E. Carlon     on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
           successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
           Mutual Mortgage Pass-Through Certificates, WMAL dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          James J. Cerbone     on behalf of Joint Debtor Bianca   Macciola cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          James J. Cerbone     on behalf of Debtor Richard   Macciola cerbonelawfirm@aol.com,
           cerbonejr83307@notify.bestcase.com
          John R. Morton, Jr.     on behalf of Creditor    Santander Consumer USA, Inc.
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
                                                                                                                         TOTAL: 9