Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 15−25445−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Macciola                               Bianca Macciola
   22 Connor Drive                                22 Connor Drive
   Manalpan, NJ 07726                             Manalpan, NJ 07726

Social Security No.:
   xxx−xx−7183                                    xxx−xx−4772

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on June 15, 2018.

On June 5, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           July 8, 2020
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 5, 2020
JAN: pbf

                                                       Jeanne Naughton
                                                       Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 15-25445-MBK
Richard Macciola                                              Chapter 13
Bianca Macciola
         Debtors
                                CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                  Date Rcvd: Jun 05, 2020
                              Form ID: 185                Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db/jdb         +Richard Macciola,    Bianca Macciola,    22 Connor Drive,    Manalpan, NJ 07726-1662
cr             +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900-North,    Dallas, TX 75247,
                 UNITED STATES 75356-2088
515687683      +Accurate Diagnostic Labs,    3000 Hadley Rd,,    South Plainfield, NJ 07080-1183
515898512       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
515687685      +At Your Fingertips Inc,    Attn: Kelso & Bradshaw,    PO Box 1208,    New Brunswick, NJ 08903-1208
515687686      +B-Line LLC,    Attn: Trilogy Capital Managment,    PO Box 4115,    Concord, CA 94524-4115
515687687      +BarterPays,    2587 Route 9 North,    Howell, NJ 07731-3303
515687688       Bayshore Medical Group,    PO Box 6000,    Bellmawr, NJ 08099
515687689      +Bounty Alarms,    PO Box 514,    Englishtown, NJ 07726-0514
515687691      +Cablevision,    Attn: CBHV,    PO Box 831,    Newburgh, NY 12551-0831
515687693      +Capital One Bank,    Attn: NCO Financial Systems,    507 Prudential Road,    Horsham PA 19044-2308
515687695       Capitol One Bank,    Attn: Creditors Interchange,    PO Box 2270,    Buffalo, NY 14240-2270
515687698       CentraState Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
515687702       CentraState Medical Center,    Attn: A-! Collection Services,    101 Grovers Mill Road, Suite 303,
                 Lawrenceville, NJ 08648-4706
515687704       CentraState Medical Center,    Attn: A-1 Collection Service,    101 Grovers Mill Road, Suite 303,
                 Lawrenceville, NJ 08648-4706
515687696      +Central Jersey Emergency Medicine Assoc,    Attn: ACB Receivables Management,    PO Box 350,
                 Asbury Park, NJ 07712-0350
515687697       Central Jersey Emergency Medicine Assoc,    PO Box 2680,    New Brunswick, NJ 08903-2680
515687706       Clinical Psychology Assoicates LLC,    40 Avenue @ Commons #203,    Shrewsbury, NJ 07702
515687710       DS Waters of North America,    Attn: Collection Bureau of America,    PO Box 5013,
                 Hayward, CA 94540-5013
515687707       Dept of Treasury,    Attn: Diversified Collection Services In,    PO Box 9046,
                 Pleasanton, CA 94566-9046
515687708      +Direct TV,    Attn: First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89437-6695
515687711       FDNY Emergency Ambulance Service,    Attn: National Recovery Agency,    PO Box 67015,
                 Harrisburg, PA 17106-7015
515687714       Green Tree Servicing,    PO Box 6172,    Rapid City, SD 57709-6172
515687716      +HSBC Bank,    Attn: Burns, White & Hickton,    502 Carnegie Center Suite 103,
                 Princeton, NJ 08540-6289
515736960      +Hibu Inc f/k/a Yellowbook Inc,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 361345,
                 Columbus, OH 43236-1345
515687715       Horizon Blue Cross Blue Shield of NJ,    PO Box 1738,    Newark, NJ 07101-1738
515687717       JCP& L,    PO Box 3687,    Akron, OH 44309-3687
515728513      +Jersey Central Power & Light,,    a FirstEnergy Company,    FirstEnergy,
                 331 Newman Springs Road, Bldg. 3,    Red Bank, NJ 07701-5688
515687719      +LVNV Funding,    Attn: JJC & Associates,    PO Box 519,    Sauk Rapids, MN 56379-0519
515687718       Lori W. Bocchino,    13 Cooperhawk Drive,    Manalpan, NJ 07726-3624
515687721      +Lyon Financial Services,    Attn: Charles A Gruen,    381 Broadway,    Suite 300,
                 Westwood, NJ 07675-2239
515687722       Macys,    PO Box 183083,    Columbus, OH 43218-3083
515687723       Medical Payment Data,    Attn: Bureau of Accounts,    PO Box 538,    Howell, NJ 07731-0538
515687724       Medical Payment Data,    Attn: NCO-MEDCLR,    PO Box 8547,    Philadelphia, PA 19101
515687725       My First Dentist,    Attn: Certified Services Inc,    PO Box 177,    Waukegan, IL 60079-0177
515687726     ++NEW JERSEY HEALTHCARE SPECIALISTS,    PO BOX 412138,    BOSTON MA 02241-2138
               (address filed with court:   New Jersey Healthcare Specialists,    PO Box 417191,
                 Boston, MA 02241-7191)
515687727       NJ Dept of Labor,    PO Box 389,    Trenton, NJ 08625-0389
515687728      +NJYP Online,    499 Marlboro Road Suite 4,    Old Bridge, NJ 08857-3746
515687730      +Richard Goldberg DMD,    Attn: Law Offices of O'Brien & Taylor,    PO Box 505,
                 West Caldwell, NJ 07007-0505
515687731       Robert Wood Johnson,    Medical Group,    PO Box 15278,    Newark, NJ 07192-5278
515731586      +SANTANDER CONSUMER USA INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
515687732      +Saint Peters University Hospital,    254 East Avenue,    New Brunswick, NJ 08901-1766
515687733       Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
515687734      +Screenvision Direct Inc,    Attn: Goldman & Warshaw,    PO Box 2500,
                 West Caldwell, NJ 07007-2500
515687738      +Sovereign Bank,    Attn: Transworld Systems,    507 Prudential Road,    Horsham, PA 19044-2308
515687737      +Sovereign Bank,    Attn: Tate & Kirlin Associates,    2810 Southampton Road,
                 Philadelphia, PA 19154-1207
515687742      +Sprint,    Attn: First Revenue Assurance,    PO Box 1259,    Oaks PA 19456-1259
515687740      +Sprint,    Attn: Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7689
515687741       Sprint,    attn: Diversified Consultants,    PO Box 1022,    Wixom MI 48393-1022
515687744       State of New Jersey,    Dept of Treasury,    Division of Revenue & Enterprise Service,
                 PO Box 278,    Trenton, NJ 08646-0278
515687745      +Surf & Suds LLC,    Linen Rentals & Laundry Services,    PO Box 687,
                 Forked River, NJ 08731-0687
515904973       TOYOTA MOTOR CREDIT CORPORATION,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
515687747     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial,    PO Box 371339,    Pittsburgh, PA 15250-7339)
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Jun 05, 2020
                              Form ID: 185             Total Noticed: 84


515687746      Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
515892081     +US Bank NA,    dba US Bank Equipment Finance,     1310 Madrid Street,    Marshall, MN 56258-4099
515687748     +USBancorp,    Manifest Funding Services,     1450 Channel Parkway,    Marshall, MN 56258-4005
515687749     +Verizon New Jersey,     Attn: Debt Recovery Solutions,     PO Box 9004,    Westbury, NY 11590-9004
515903351     +Wells Fargo Card Services,    1 Home Campus 3rd Floor,     Des Moines, IA 50328-0001
515687751      Yellow Book USA,    Attn: Customer Service,    2560 Renaissance Blvd,
                King of Prussia, PA 19406-2673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:04:28      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:04:22      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515687684      +E-mail/Text: bkdept@cancapital.com Jun 06 2020 03:02:33       Advance Me Inc,
                 600 TownPark Lane Suite 500,    Kennesaw, GA 30144-3734
515745205       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:13:26
                 Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
515687690      +E-mail/Text: bcwrtoff@cablevision.com Jun 06 2020 03:06:00       Cablevision,
                 Attn: Billings & Collections,    99 Hawley Lane,    Stratford, CT 06614-1208
515687692      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 06 2020 03:13:22       Capital One Auto,
                 3901 Dallas Parkway,    Plano, TX 75093-7864
517239726      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2020 03:13:09
                 Capital One Auto Finance,    c/o Portfolio Svc.,    4515 N Santa Fe Ave., Dept. APS,
                 Oklahoma City, OK 73118-7901
515805820      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2020 03:14:33
                 Capital One Auto Finance,,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515695492      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2020 03:13:10
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515687694       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 06 2020 03:14:26      Capital One Bank,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
515687709       E-mail/Text: G06041@att.com Jun 06 2020 03:05:05       Direct TV,   PO Box 78626,
                 Phoenix, AZ 85062-8626
515687712      +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:13:03       GE Money Bank,
                 Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
515687713      +E-mail/Text: ally@ebn.phinsolutions.com Jun 06 2020 03:02:40       GMAC,    PO Box 380902,
                 Bloomington, MN 55438-0902
515687705       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 06 2020 03:11:50       Chase,
                 Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
515687720      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:13:25       LVNV Funding,
                 PO BOx 740281,    Houston, TX 77274-0281
515687736       E-mail/Text: courts@southeastfinancial.org Jun 06 2020 03:04:51
                 Southeast Financial Credit Union,    5110 Maryland Way Ste 10,    Brentwood, TN 37027
515687735       E-mail/Text: jennifer.chacon@spservicing.com Jun 06 2020 03:06:20
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
515721577      +E-mail/Text: courts@southeastfinancial.org Jun 06 2020 03:04:51       Southeast Financial CU,
                 220 S Royal Oaks Blvd,    Franklin TN 37064-5313
515687739      +E-mail/Text: DeftBkr@santander.us Jun 06 2020 03:04:17       Sovereign Bank,   PO Box 12646,
                 Reading PA 19612-2646
515687743       E-mail/Text: appebnmailbox@sprint.com Jun 06 2020 03:04:18       Sprint,    PO Box 105243,
                 Atlanta, GA 30348-5243
515906708      +E-mail/Text: jennifer.chacon@spservicing.com Jun 06 2020 03:06:20
                 U.S. Bank NA, successor trustee,    c/o Select Portfolio Servicing, Inc.,
                 3217 S. Decker Lake Drive,    Salt Lake City, UT 84119-3284
517139754      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2020 03:14:33
                 Wollemi Acquisitions, LLC,    by AIS Portfolio Services, LP as agent,    PO Box 165028,
                 Irving, TX 75016,    Wollemi Acquisitions, LLC,
                 by AIS Portfolio Services, LP as agent 75016-5028
517139753      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2020 03:14:33
                 Wollemi Acquisitions, LLC,    by AIS Portfolio Services, LP as agent,
                 4515 N. Santa Fe Ave., APS,    Oklahoma, OK 73118-7901
517101702      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2020 03:13:10
                 Wollemi Acquisitions, LLC Department,    Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
515687750       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2020 03:04:15
                 World Financial Network National Bank,    PO Box 182125,    Columbus, OH 43218-2125
                                                                                               TOTAL: 25

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515687699*       CentraState Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
515687700*       CentraState Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
515687701*       CentraState Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
515687703*       CentraState Medical Center,    Attn: A-! Collection Services,    101 Grovers Mill Road, Suite 303,
                  Lawrenceville, NJ 08648-4706
```

```
District/off: 0312-3          User: admin              Page 3 of 3             Date Rcvd: Jun 05, 2020
                              Form ID: 185             Total Noticed: 84

515687729     ##+Pitman Mindas Grossman Lee & Moore,   PO Box 696,   Springfieild, NJ 07081-0696
515843965     ##+Porania LLC,   P. O. Box 11405,   Memphis, TN 38111-0405
                                                                             TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:

```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA
               bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
               Mutual Mortgage Pass-Through Certificates, WMAL bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
               Mutual Mortgage Pass-Through Certificates, WMAL dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Joint Debtor Bianca    Macciola cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Richard    Macciola cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                            TOTAL: 9
```