**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Richard & Bianca Macciola

Case No.: 15-25445

Judge: MBK

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original    ☒ Modified/Notice Required    Date: 6/1/2020

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: JJC    Initial Debtor: RM    Initial Co-Debtor: BM

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____2581_____ per _____ to the Chapter 13 Trustee, starting on _____ for approximately _____4_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

     a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

     b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
| --- | --- | --- |
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
| --- | --- | --- | --- |
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4:   Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments    ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender  ☐ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| Select Portfolio Servicing | 22 Connor Drive Manalpan NJ | $575, 000 | $774,725 |
| Green tree | 22 Connor Drive Manalpan, NJ | $575,000 | $81, 657 |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Santander current and outside the plan

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

### Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ 6961 to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Administrative Expenses
3) Secured Claims
4) Priority Claims & 5) General Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification  ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 4/26/2018                           .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Stay relief was granted and original plan that was filed cannot be completed as filed. | Surrendering real property |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 6/1/2020                                    /s/Richard Macciola
                                                  Debtor

Date: 6/1/2020                                    /s/Bianca Macciola
                                                  Joint Debtor

Date: 6/1/2020                                    /s/James J Cerbone
                                                  Attorney for Debtor(s)

```
                              United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                      Case No. 15-25445-MBK
Richard Macciola                                                            Chapter 13
Bianca Macciola
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 3                   Date Rcvd: Jun 05, 2020
                              Form ID: pdf901               Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db/jdb         +Richard Macciola,    Bianca Macciola,    22 Connor Drive,    Manalpan, NJ 07726-1662
cr             +Santander Consumer USA, Inc.,     P.O. Box 562088, Suite 900-North,    Dallas, TX 75247,
                 UNITED STATES 75356-2088
515687683      +Accurate Diagnostic Labs,    3000 Hadley Rd,,    South Plainfield, NJ 07080-1183
515898512       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA 90051-5478
515687685      +At Your Fingertips Inc,    Attn: Kelso & Bradshaw,    PO Box 1208,    New Brunswick, NJ 08903-1208
515687686      +B-Line LLC,    Attn: Trilogy Capital Managment,    PO Box 4115,    Concord, CA 94524-4115
515687687      +BarterPays,    2587 Route 9 North,    Howell, NJ 07731-3303
515687688       Bayshore Medical Group,    PO Box 6000,    Bellmawr, NJ 08099
515687689      +Bounty Alarms,    PO Box 514,    Englishtown, NJ 07726-0514
515687691      +Cablevision,    Attn: CBHV,    PO Box 831,    Newburgh, NY 12551-0831
515687693      +Capital One Bank,    Attn: NCO Financial Systems,    507 Prudential Road,    Horsham PA 19044-2308
515687695       Capitol One Bank,    Attn: Creditors Interchange,    PO Box 2270,    Buffalo, NY 14240-2270
515687698       CentraState Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
515687702       CentraState Medical Center,    Attn: A-! Collection Services,    101 Grovers Mill Road, Suite 303,
                 Lawrenceville, NJ 08648-4706
515687704       CentraState Medical Center,    Attn: A-1 Collection Service,    101 Grovers Mill Road, Suite 303,
                 Lawrenceville, NJ 08648-4706
515687696      +Central Jersey Emergency Medicine Assoc,    Attn: ACB Receivables Management,    PO Box 350,
                 Asbury Park, NJ 07712-0350
515687697       Central Jersey Emergency Medicine Assoc,    PO Box 2680,    New Brunswick, NJ 08903-2680
515687706       Clinical Psychology Associates LLC,    40 Avenue @ Commons #203,    Shrewsbury, NJ 07702
515687710       DS Waters of North America,    Attn: Collection Bureau of America,    PO Box 5013,
                 Hayward, CA 94540-5013
515687707       Dept of Treasury,    Attn: Diversified Collection Services In,    PO Box 9046,
                 Pleasanton, CA 94566-9046
515687708      +Direct TV,    Attn: First National Collection Bureau,    610 Waltham Way,    Sparks, NV 89437-6695
515687711       FDNY Emergency Ambulance Service,    Attn: National Recovery Agency,    PO Box 67015,
                 Harrisburg, PA 17106-7015
515687714       Green Tree Servicing,    PO Box 6172,    Rapid City, SD 57709-6172
515687716      +HSBC Bank,    Attn: Burns, White & Hickton,    502 Carnegie Center Suite 103,
                 Princeton, NJ 08540-6289
515736960      +Hibu Inc f/k/a Yellowbook Inc,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 361345,
                 Columbus, OH 43236-1345
515687715       Horizon Blue Cross Blue Shield of NJ,    PO Box 1738,    Newark, NJ 07101-1738
515687717       JCP& L,    PO Box 3687,    Akron, OH 44309-3687
515728513      +Jersey Central Power & Light,,    a FirstEnergy Company,    FirstEnergy,
                 331 Newman Springs Road, Bldg. 3,    Red Bank, NJ 07701-5688
515687719      +LVNV Funding,    Attn: JJC & Associates,    PO Box 519,    Sauk Rapids, MN 56379-0519
515687718       Lori W. Bocchino,    13 Cooperhawk Drive,    Manalpan, NJ 07726-3624
515687721      +Lyon Financial Services,    Attn: Charles A Gruen,    381 Broadway,    Suite 300,
                 Westwood, NJ 07675-2239
515687722       Macys,    PO Box 183083,    Columbus, OH 43218-3083
515687723       Medical Payment Data,    Attn: Bureau of Accounts,    PO Box 538,    Howell, NJ 07731-0538
515687724       Medical Payment Data,    Attn: NCO-MEDCLR,    PO Box 8547,    Philadelphia, PA 19101
515687725       My First Dentist,    Attn: Certified Services Inc,    PO Box 177,    Waukegan, IL 60079-0177
515687726     ++NEW JERSEY HEALTHCARE SPECIALISTS,    PO BOX 412138,    BOSTON MA 02241-2138
               (address filed with court:   New Jersey Healthcare Specialists,    PO Box 417191,
                 Boston, MA 02241-7191)
515687727       NJ Dept of Labor,    PO Box 389,    Trenton, NJ 08625-0389
515687728      +NJYP Online,    499 Marlboro Road Suite 4,    Old Bridge, NJ 08857-3746
515687730      +Richard Goldberg DMD,    Attn: Law Offices of O'Brien & Taylor,    PO Box 505,
                 West Caldwell, NJ 07007-0505
515687731       Robert Wood Johnson,    Medical Group,    PO Box 15278,    Newark, NJ 07192-5278
515731586      +SANTANDER CONSUMER USA INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
515687732      +Saint Peters University Hospital,    254 East Avenue,    New Brunswick, NJ 08901-1766
515687733       Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
515687734      +Screenvision Direct Inc,    Attn: Goldman & Warshaw,    PO Box 2500,
                 West Caldwell, NJ 07007-2500
515687738      +Sovereign Bank,    Attn: Transworld Systems,    507 Prudential Road,    Horsham, PA 19044-2308
515687737      +Sovereign Bank,    Attn: Tate & Kirlin Associates,    2810 Southampton Road,
                 Philadelphia, PA 19154-1207
515687742      +Sprint,    Attn: First Revenue Assurance,    PO Box 1259,    Oaks PA 19456-1259
515687740      +Sprint,    Attn: Allied Interstate,    3000 Corporate Exchange Drive,    Columbus, OH 43231-7689
515687741       Sprint,    attn: Diversified Consultants,    PO Box 1022,    Wixom MI 48393-1022
515687744       State of New Jersey,    Dept of Treasury,    Division of Revenue & Enterprise Service,
                 PO Box 278,    Trenton, NJ 08646-0278
515687745      +Surf & Suds LLC,    Linen Rentals & Laundry Services,    PO Box 687,
                 Forked River, NJ 08731-0687
515904973       TOYOTA MOTOR CREDIT CORPORATION,     C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
515687747     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial,    PO Box 371339,    Pittsburgh, PA 15250-7339)
```

```
District/off: 0312-3          User: admin              Page 2 of 3                  Date Rcvd: Jun 05, 2020
                              Form ID: pdf901          Total Noticed: 84


515687746      Target National Bank,   PO Box 59317,   Minneapolis, MN 55459-0317
515892081     +US Bank NA,   dba US Bank Equipment Finance,    1310 Madrid Street,   Marshall, MN 56258-4099
515687748     +USBancorp,   Manifest Funding Services,   1450 Channel Parkway,   Marshall, MN 56258-4005
515687749     +Verizon New Jersey,   Attn: Debt Recovery Solutions,    PO Box 9004,   Westbury, NY 11590-9004
515903351     +Wells Fargo Card Services,   1 Home Campus 3rd Floor,   Des Moines, IA 50328-0001
515687751      Yellow Book USA,   Attn: Customer Service,    2560 Renaissance Blvd,
                 King of Prussia, PA 19406-2673

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:30:27      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:30:23      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515687684     +E-mail/Text: bkdept@cancapital.com Jun 06 2020 03:28:16      Advance Me Inc,
                 600 TownPark Lane Suite 500,   Kennesaw, GA 30144-3734
515745205      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:27:07
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
515687690     +E-mail/Text: bcwrtoff@cablevision.com Jun 06 2020 03:31:44      Cablevision,
                 Attn: Billings & Collections,   99 Hawley Lane,   Stratford, CT 06614-1208
515687692     +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jun 06 2020 03:26:18      Capital One Auto,
                 3901 Dallas Parkway,   Plano, TX 75093-7864
517239726     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2020 03:26:51
                 Capital One Auto Finance,   c/o Portfolio Svc.,   4515 N Santa Fe Ave., Dept. APS,
                 Oklahoma City, OK 73118-7901
515805820     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2020 03:26:51
                 Capital One Auto Finance,,   c/o Ascension Capital Group,   P.O. Box 201347,
                 Arlington, TX 76006-1347
515695492     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2020 03:27:37
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
515687694      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 06 2020 03:26:03      Capital One Bank,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
515687709      E-mail/Text: G06041@att.com Jun 06 2020 03:31:09      Direct TV,   PO Box 78626,
                 Phoenix, AZ 85062-8626
515687712     +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2020 03:26:39      GE Money Bank,
                 Bankruptcy Department,   PO Box 103104,   Roswell, GA 30076-9104
515687713     +E-mail/Text: ally@ebn.phinsolutions.com Jun 06 2020 03:28:24      GMAC,   PO Box 380902,
                 Bloomington, MN 55438-0902
515687705      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 06 2020 03:26:02      Chase,
                 Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
515687720     +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:27:06      LVNV Funding,
                 PO BOx 740281,   Houston, TX 77274-0281
515687736      E-mail/Text: courts@southeastfinancial.org Jun 06 2020 03:30:52
                 Southeast Financial Credit Union,   5110 Maryland Way Ste 10,   Brentwood, TN 37027
515687735      E-mail/Text: jennifer.chacon@spservicing.com Jun 06 2020 03:32:05
                 Select Portfolio Servicing,   PO Box 65250,   Salt Lake City, UT 84165-0250
515721577     +E-mail/Text: courts@southeastfinancial.org Jun 06 2020 03:30:52      Southeast Financial CU,
                 220 S Royal Oaks Blvd,   Franklin TN 37064-5313
515687739     +E-mail/Text: DeftBkr@santander.us Jun 06 2020 03:30:17      Sovereign Bank,   PO Box 12646,
                 Reading PA 19612-2646
515687743      E-mail/Text: appebnmailbox@sprint.com Jun 06 2020 03:30:20      Sprint,   PO Box 105243,
                 Atlanta, GA 30348-5243
515906708     +E-mail/Text: jennifer.chacon@spservicing.com Jun 06 2020 03:32:05
                 U.S. Bank NA, successor trustee,   c/o Select Portfolio Servicing, Inc.,
                 3217 S. Decker Lake Drive,   Salt Lake City, UT 84119-3284
517139754     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2020 03:27:40
                 Wollemi Acquisitions, LLC,   by AIS Portfolio Services, LP as agent,   PO Box 165028,
                 Irving, TX 75016,   Wollemi Acquisitions, LLC,
                 by AIS Portfolio Services, LP as agent 75016-5028
517139753     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2020 03:27:37
                 Wollemi Acquisitions, LLC,   by AIS Portfolio Services, LP as agent,
                 4515 N. Santa Fe Ave., APS,   Oklahoma, OK 73118-7901
517101702     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 06 2020 03:26:51
                 Wollemi Acquisitions, LLC Department,   Ascension Capital Group,   P.O. Box 165028,
                 Irving, TX 75016-5028
515687750      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2020 03:30:12
                 World Financial Network National Bank,   PO Box 182125,   Columbus, OH 43218-2125
                                                                                              TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515687699*       CentraState Medical Center,   901 West Main Street,   Freehold, NJ 07728-2549
515687700*       CentraState Medical Center,   901 West Main Street,   Freehold, NJ 07728-2549
515687701*       CentraState Medical Center,   901 West Main Street,   Freehold, NJ 07728-2549
515687703*       CentraState Medical Center,   Attn: A-! Collection Services,   101 Grovers Mill Road, Suite 303,
                   Lawrenceville, NJ 08648-4706
```

```
District/off: 0312-3           User: admin              Page 3 of 3              Date Rcvd: Jun 05, 2020
                               Form ID: pdf901          Total Noticed: 84

515687729    ##+Pitman Mindas Grossman Lee & Moore,    PO Box 696,    Springfieild, NJ 07081-0696
515843965    ##+Porania LLC,    P. O. Box 11405,    Memphis, TN 38111-0405
                                                                                 TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:

              Albert    Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA
               bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
               Mutual Mortgage Pass-Through Certificates, WMAL bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington
               Mutual Mortgage Pass-Through Certificates, WMAL dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              James J. Cerbone    on behalf of Joint Debtor Bianca  Macciola cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              James J. Cerbone    on behalf of Debtor Richard  Macciola cerbonelawfirm@aol.com,
               cerbonejr83307@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA, Inc.
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                 TOTAL: 9