| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |

Albert Russo
Cn 4853
Trenton, NJ  08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on July 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Richard Macciola
Bianca Macciola

Debtor(s)

Case No.: 15-25445 / MBK

Hearing Date: 07/08/2020

Judge: Michael B. Kaplan

Chapter: 13

# ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: July 9, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The modified plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such modified plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the modified plan of the above named debtor, dated 06/05/2020, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of 60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

$73,304.00 PAID TO DATE

$2,581.00 for 2 months beginning 07/01/2020

**ORDERED** that the case is confirmed with a calculated plan funding of $78,466.00 which includes a minimum of $6,961.00 dividend to general unsecured creditors.

**ORDERED** that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement. Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** that if the debtor has provided for a creditor to be paid in the plan and no Proof of Claim is filed by such creditor before expiration of the applicable bar date, the debtor, pursuant to F.R.B.P. 3004, must file a Proof of Claim on behalf of the creditor within 30 days of the expiration of the applicable bar date. If the time period pursuant to F.R.B.P. 3004 has expired, the debtor must file a Proof of Claim on behalf of the creditor **and** file a motion to allow the Trustee to pay the late filed claim, or the debtor may obtain a Consent Order with the creditor authorizing the Trustee to pay an amount certain in the plan.

**ORDERED** as follows:

Creditor Wollemi Acquisitions, LLC by AIS Portfolio Services, LP, PACER Claim #3-1, received stay relief on 6/21/2017 on personal property more fully described as a 2012 Nissan Maxima; no arrears are to be paid through the Chapter 13 Plan; creditor will be paid outside of the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Macciola  
Bianca Macciola  
     Debtors

Case No. 15-25445-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jul 10, 2020  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.  
db/jdb        +Richard Macciola,   Bianca Macciola,   22 Connor Drive,   Manalpan, NJ 07726-1662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2020 at the address(es) listed below:

        Albert   Russo   docs@russotrustee.com  
        Albert   Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
        Albert   Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com  
        Andrew M. Lubin   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for  
         U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA  
         bkecf@milsteadlaw.com,  alubin@milsteadlaw.com  
        Andrew M. Lubin   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA,  
         successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington  
         Mutual Mortgage Pass-Through Certificates, WMAL bkecf@milsteadlaw.com,  alubin@milsteadlaw.com  
        Denise E. Carlon   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA,  
         successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington  
         Mutual Mortgage Pass-Through Certificates, WMAL dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        James J. Cerbone   on behalf of Joint Debtor Bianca  Macciola cerbonelawfirm@aol.com,  
         cerbonejr83307@notify.bestcase.com  
        James J. Cerbone   on behalf of Debtor Richard  Macciola cerbonelawfirm@aol.com,  
         cerbonejr83307@notify.bestcase.com  
        John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA, Inc.  
         ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com  
                                                                                                                TOTAL: 9