UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Warren D. Levy**
Keaveney Legal Group
1000 Maplewood Drive
Suite 202
Maple Shade, NJ 08052
800-219-0939
Email: gdeangelo@keaveneylegalgroup.com

Order Filed on September 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Richard Macciola,
Bianca Macciola,**
        Debtors.

Case No.:  **15-25445-MBK**

Chapter:  **13**

Judge:  **Michael B. Kaplan**

---

## ORDER AUTHORIZING RETENTION OF

<u>Keaveney Legal Group</u>

The relief set forth on the following page is **ORDERED**.

**DATED: September 24, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain <u>Keaveney Legal Group</u> as counsel for foreclosure defense and loss mitigation services, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:

    Keaveney Legal Group
    1000 Maplewood Drive
    Suite 202
    Maple Shade, NJ 08052

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

    a. Keaveney Legal Group's fee of $7,765 is approved. Debtors made payments of $1,500 in December 2019; $895 a month from January, 2020, through July 2020.

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Macciola  
Bianca Macciola  
    Debtors

Case No. 15-25445-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Sep 24, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.  
db/jdb       +Richard Macciola,   Bianca Macciola,   22 Connor Drive,   Manalpan, NJ 07726-1662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2020 at the address(es) listed below:

      Albert Russo   docs@russotrustee.com  
      Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com  
      Albert Russo (NA)   on behalf of Trustee Albert Russo docs@russotrustee.com  
      Andrew M. Lubin   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
      Andrew M. Lubin   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMAL bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
      Denise E. Carlon   on behalf of Creditor   U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the Washington Mutual Mortgage Pass-Through Certificates, WMAL dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      James J. Cerbone   on behalf of Joint Debtor Bianca Macciola cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com  
      James J. Cerbone   on behalf of Debtor Richard Macciola cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com  
      John R. Morton, Jr.   on behalf of Creditor   Santander Consumer USA, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
      Warren D. Levy   on behalf of Joint Debtor Bianca Macciola jday@keaveneylegalgroup.com, jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com  
      Warren D. Levy   on behalf of Debtor Richard Macciola jday@keaveneylegalgroup.com, jdimaggio@keaveneylegalgroup.com;r46514@notify.bestcase.com

                                                                                                                                 TOTAL: 11